IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE GABB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-cv-01415-JPG-DGW |
| ) | |
| WEXFORD HEALTH SOURCE, INC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 35) of Magistrate Judge Donald G. Wilkerson with regard to Plaintiff's Motion (Doc. 27) for Preliminary Injunction.  The R & R recommends that the plaintiff's motion be denied and there were no objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R and has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 35) and **DENIES** Plaintiff's Motion (Doc. 27) for Preliminary Injunction.

**IT IS SO ORDERED.**

**DATED:** 3/6/2017

*S/J. Phil Gilbert*
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**