# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE GABB,<br><br>      Plaintiff,<br><br>      v.<br><br>WEXFORD WEALTH SOURCE, INC, JOHN COE, and NURSE KIMMEL,<br><br>      Defendants. | Case No. 3:15-cv-01415-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: May 22, 2018

                                              **JUSTINE FLANAGAN,**
                                              **Acting Clerk of Court**

                                              **BY:**   **s/Tina Gray**
                                                              **Deputy Clerk**

**Approved:**
**s/** *J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**