# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TYRONE GABB,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>WEXFORD WEALTH SOURCE, INC., JOHN COE, and NURSE KIMMEL,<br><br>　　　　　　　Defendants. | Case No. 3:15-CV-01415 |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel on behalf of Plaintiff, Tyrone Gabb.

Dated: June 19, 2018

　　　　　　　　　　　　　　　　　　　　Respectfully submitted
　　　　　　　　　　　　　　　　　　　　By: */s/ David M. Shapiro*

　　　　　　　　　　　　　　　　　　　　David M. Shapiro[1]
　　　　　　　　　　　　　　　　　　　　Director of Appellate Litigation, Roderick and
　　　　　　　　　　　　　　　　　　　　　　Solange MacArthur Justice Center
　　　　　　　　　　　　　　　　　　　　Clinical Assistant Professor of Law
　　　　　　　　　　　　　　　　　　　　Northwestern Pritzker School of Law
　　　　　　　　　　　　　　　　　　　　375 E. Chicago Avenue
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　　　　(312) 503-0711
　　　　　　　　　　　　　　　　　　　　david.shapiro@law.northwestern.edu

　　　　　　　　　　　　　　　　　　　　*Counsel for Petitioner*
　　　　　　　　　　　　　　　　　　　　TYRONE GABB

---

[1] Representation in this case limited to appeal.

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018, the foregoing Entry of Appearance was filed electronically with the Clerk of Court to be served on all counsel of record via the Southern District of Illinois CM/ECF filing system.

By: */s/ David M. Shapiro*